**Willie BRANCH, a/k/a Willie Branch–El, Plaintiff–Appellant,**

**v.**

**Officer T. CARRILLO; Lt. R. Wright, Shu Lieutenant; Officer J. Davis, Shu Property Officer; Kathryn Jackson, Counselor; Bonnie Hernandez, Case Manager, Defendants–Appellees.**

No. 15–7969

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2016

Decided: June 7, 2016

Willie Branch, Appellant Pro Se.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Branch appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2012) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED